CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Felipe Gonzalez-Hernandez**<br>YOB: 1990; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-07200MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 19, 2021, at or near Kupk, in the District of Arizona, **Jose Felipe Gonzalez-Hernandez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on February 24, 2021, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jose Felipe Gonzalez-Hernandez** is a citizen of Mexico. On February 24, 2021, **Jose Felipe Gonzalez-Hernandez** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On April 19, 2021, agents found **Jose Felipe Gonzalez-Hernandez** in the United States at or near Kupk, Arizona, without the proper immigration documents. **Jose Felipe Gonzalez-Hernandez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 20, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54